IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDELMAN SHOE COMPANY, LLC and SAM EDELMAN, <br><br> Defendants. | Civil Action No. _____ <br><br> 04-10694 RCL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff Maxwell Shoe Company, Inc., through its attorneys and pursuant to Local Rule 7.3, states that it is a publicly traded company.

Respectfully submitted,

MAXWELL SHOE COMPANY, INC.

By its attorneys,

Dated: April 5, 2004        By: _____
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Ilan N. Barzilay (BBO #643978)
ibarzilay@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000 phone
(617) 720-2441 fax

719138.1