UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 4-28-04
By /s/
Deputy Clerk

------------------------------------x

MAXWELL SHOE COMPANY, INC.,

    Plaintiff,

    - vs. -

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

    Defendants.

------------------------------------x

Civil Action No. 04-10694 RCL

### ASSENTED-TO MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND TO RESPOND TO COMPLAINT

Defendants Edelman Shoe Company, Inc. and Sam Edelman, *with Plaintiff's assent*, move for an enlargement of time in which they may, individually or collectively, (i) file an opposition to the Plaintiff's Motion for Preliminary Injunction, up to and including May 11, 2004, and (ii) answer, respond or otherwise plead to the Plaintiff's Complaint, up to and including May 17, 2004. The parties, through their attorneys, have agreed that Edelman Shoe Company and Sam Edelman may each file their oppositions to the Plaintiff's Motion for Prelimary Injunction on or before May 11, 2004, and file their responses to the Plaintiff's Complaint on or before May 17, 2004. The parties, through their attorneys, have further agreed that Plaintiff Maxwell Shoe Company, Inc. may seek to file any reply in support of its Motion for Preliminary Injunction on or before May 21, 2004.

BOS-673342 v1 0821198-0002

## Certification of Compliance with Local Rule 7.1

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Darren Saunders, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Michael A. Albert, on April 27, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel assented to the above Motion, and the parties have agreed to the deadlines set forth herein.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: April 27, 2004

*/s/ Jeffrey L. Snow*

Jeffrey L. Snow, BBO# 566388
Robert T. Milanette, BBO# 641149
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on April 27, 2004.

*/s/ Jeffrey L. Snow*
Jeffrey L. Snow