UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 4-27-04
By _____
Deputy Clerk

-----------------------------------------x

MAXWELL SHOE COMPANY, INC.,

    Plaintiff,

    - vs. -

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

    Defendants.

-----------------------------------------x

Civil Action No. 04-10694 RCL

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel in this case on behalf of the Defendants, Edelman Shoe Company, LLC and Sam Edelman.

Dated: April 27, 2004

Respectfully submitted,

*Robert T. Milanette*

Robert T. Milanette, BBO# 641149
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on April 27, 2004.

*Jeffrey L. Snow*
Jeffrey L. Snow

BOS-673403 v1 0950000-0102