UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date _____
By _____
Deputy Clerk

------------------------------------------------x

MAXWELL SHOE COMPANY, INC., :

    Plaintiff, :

    - vs. -            Civil Action No. 04-10694 RCL

:

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN, :

    Defendants. :

------------------------------------------------x

### NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel in this case on behalf of the Defendants, Edelman Shoe Company, LLC and Sam Edelman.

Respectfully submitted,

Dated: April 27, 2004

*/s/ Jeffrey L. Snow/*
Jeffrey L. Snow, BBO# 566388
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on April 27, 2004.

*/s/ Jeffrey L. Snow/*
Jeffrey L. Snow

BOS-673402 v1 0950000-0102