UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x

MAXWELL SHOE COMPANY, INC., :

   Plaintiff, :

       - vs. -                                 Civil Action No. 04-10694 RCL
                                           :

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN, :

   Defendants. :

------------------------------------x

### SECOND ASSENTED-TO MOTION TO ENLARGE TIME
### FOR DEFENDANTS TO FILE OPPOSITION TO
### MOTION FOR PRELIMINARY INJUNCTION

Defendants Edelman Shoe Company, Inc. and Sam Edelman, *with Plaintiff's assent*, move for an enlargement of time in which they may file an opposition to the Plaintiff's Motion for Preliminary Injunction, up to and including May 14, 2004. The parties, through their attorneys, have agreed that Edelman Shoe Company and Sam Edelman may file an opposition to the Plaintiff's Motion for Preliminary Injunction on or before May 14, 2004.

The parties, through their attorneys, have also agreed that Plaintiff Maxwell Shoe Company, Inc. may file a reply in support of its Motion for Preliminary Injunction on or before May 28, 2004.

The parties, through their attorneys, further jointly request that a hearing date for Plaintiffs' Motion for Preliminary Injunction be set as soon as possible after the briefing on said motion is complete.

BOS-675459 v1 0821198-0002

**Certification of Compliance with Local Rule 7.1**

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Mark I. Peroff, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Michael A. Albert, on May 7, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel assented to the above Motion, and the parties have agreed to the deadlines set forth herein.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: May 11, 2004

*/s/ Jeffrey L. Snow/*

Jeffrey L. Snow, BBO# 566388
Robert T. Milanette, BBO# 641149
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 11, 2004.

*/s/ Jeffrey L. Snow/*

Jeffrey L. Snow