UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x

MAXWELL SHOE COMPANY, INC., :

   Plaintiff, :

       - vs. -                         Civil Action No. 04-10694 RCL
                              :

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN, :

   Defendants. :

------------------------------------x

## SECOND ASSENTED-TO MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Defendants Edelman Shoe Company, Inc. and Sam Edelman, *with Plaintiff's assent*, move for an enlargement of time in which they may answer, respond or otherwise plead to the Plaintiff's Complaint, up to and including June 1, 2004. The parties, through their attorneys, have agreed that Edelman Shoe Company and Sam Edelman may respond to the Complaint on or before June 1, 2004.

BOS-676339 v1 0821198-0002

**Certification of Compliance with Local Rule 7.1**

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Jeffrey L. Snow, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Ilan N. Barzilay, on May 13, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel assented to the above Motion, and the parties have agreed to the deadline set forth herein.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: May 14, 2004

Jeffrey L. Snow, BBO# 566388
Robert T. Milanette, BBO# 641149
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 14, 2004.

Jeffrey L. Snow