UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x

MAXWELL SHOE COMPANY, INC.,

   Plaintiff,

       - vs. -                    Civil Action No. 04-10694 RCL

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

   Defendants.

------------------------------------------x

### NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel in this case on behalf of the Defendants, Edelman Shoe Company, LLC and Sam Edelman.

Dated: May 14, 2004

Respectfully submitted,

_____
Christopher H. Centurelli, BBO# 640974
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 14, 2004.

_____
Christopher H. Centurelli

BOS-673402 v1 0950000-0102