IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDELMAN SHOE COMPANY, LLC and SAM EDELMAN,<br><br>Defendants. | Civil Action No. 04-10694 RCL |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
CORRECTED MEMORANDUM IN OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION**

Defendants Edelman Shoe Company, LLC and Sam Edelman (collectively, "Defendants") hereby request leave to file a corrected Memorandum in Opposition to Plaintiff Maxwell Shoe Company, Inc.'s ("Maxwell Shoe") Motion for Preliminary Injunction, a copy of which is attached. Specifically, Defendants seek leave to correct formatting errors on the cover page, the table of contents page, and to insert page numbers on the footer of the pleading. Maxwell Shoe, through their attorneys, assents to the allowance of this motion.

## Certification of Compliance with Local Rule 7.1

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Jeffrey L. Snow and Christopher Centurelli, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Ilan N. Barzilay, on May 17, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel assented to the allowance of the above Motion.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: May 17, 2004

*/s/ Ch. C.*
Jeffrey L. Snow, BBO# 566388
Robert T. Milanette, BBO# 641149
Christopher Centurelli, BBO# 640974
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 17, 2004.

*/s/ Ch. C.*
Christopher Centurelli