IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDELMAN SHOE COMPANY, LLC and SAM EDELMAN, <br><br> Defendants. | Civil Action No. 04-10694 RCL |

### ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM AND SUPPORTING DECLARATIONS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Defendants Edelman Shoe Company, LLC and Sam Edelman (collectively, "Defendants") hereby request leave to file late its Memorandum in Opposition to Plaintiff Maxwell Shoe Company, Inc.'s ("Maxwell Shoe's") Motion for Preliminary Injunction (Docket Entry 12) and supporting Declarations (Docket Entries 13 and 14). Maxwell Shoe, through its attorneys, assents to the allowance of this Motion.

### Certification of Compliance with Local Rule 7.1

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Jeffrey L. Snow and Christopher Centurelli, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Michael A. Albert and Ilan N. Barzilay, on May 18, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel assented to the allowance of the above Motion.

WHEREFORE, Defendants request entry of this motion.

                    EDELMAN SHOE COMPANY, LLC and
                    SAM EDELMAN,

                    By their attorneys,

Dated: May 18, 2004

                    */s/ Jeffrey L. Snow*
                    Jeffrey L. Snow, BBO# 566388
                    Robert T. Milanette, BBO# 641149
                    Christopher Centurelli, BBO# 640974
                    KIRKPATRICK & LOCKHART LLP
                    75 State Street
                    Boston, MA 02109-1808
                    (617) 261-3100

                    Darren W. Saunders
                    Mark I. Peroff
                    KIRKPATRICK & LOCKHART LLP
                    599 Lexington Avenue
                    New York, NY 10022
                    (212) 536-3900

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 18, 2004.

                                      */s/ Christopher Centurelli*
                                      Christopher Centurelli