UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

MAXWELL SHOE COMPANY, INC.,            :

    Plaintiff,                                           :

        - vs. -                                              Civil Action No. 04-10694 RCL
                                                             :

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,                                       :

    Defendants.                                       :

------------------------------------------------x

## MOTION TO PERMIT DARREN W. SAUNDERS TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Jeffrey L. Snow, counsel of record for Defendants, Edelman Shoe Company, LLC and Sam Edelman, hereby moves this Court to permit Darren W. Saunders to appear on the Defendants' behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Saunders is a member in good standing of the bars of New York and Connecticut.

3. Mr. Saunders is a partner at the law firm of Kirkpatrick & Lockhart LLP.

4. There are no disciplinary proceedings pending (nor have any ever been brought) against Mr. Saunders as a member of any bar in any jurisdiction.

5. Mr. Saunders has indicated in the Certificate attached hereto that he has been provided with the Local Rules of the United States District Court for the District of Massachusetts and is familiar with them.

6. Darren W. Saunders' Certificate in Support of Motion to Permit Counsel to Appear Pro Hac Vice is attached hereto behind Tab A.

Respectfully submitted,

KIRKPATRICK & LOCKHART LLP

_____
Jeffrey L. Snow, BBO# 566388
Robert T. Milanette, BBO# 641149
75 State Street
Boston, MA 02109
(617) 261-3100

Of Counsel:

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Defendants
Edelman Shoe Company, LLC and Sam Edelman

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 20, 2004.

_____
Jeffrey L. Snow

(2)