UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x

MAXWELL SHOE COMPANY, INC.,

    Plaintiff,

        - vs. -

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

    Defendants.

------------------------------------x

Civil Action No. 04-10694 RCL

## CERTIFICATE IN SUPPORT OF
## MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear Pro Hac Vice, I, Mark I. Peroff, having been duly sworn, on my oath do say as follows:

    1.    I am a member in good standing of the bars of New York, Ohio and the District of Columbia.

    2.    I am a partner at the law firm of Kirkpatrick & Lockhart LLP.

    3.    There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of any bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and am familiar with them.

_____
Mark I. Peroff

SWORN TO AND SUBSCRIBED
Before me, this 17 day of May, 2004

_____
Notary Public
My commission expires:_____

JANE LIPPMAN PINKETT
A Notary Public of New York
No. 01LI5015505
Qualified in Queens County
My Commission Expires July 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on May 20, 2004.

_____
Jeffrey L. Snow

(2)