IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAXWELL SHOE COMPANY, INC.,

    Plaintiff,

v.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

    Defendants.

Civil Action No. 04-10694 RCL

## MOTION TO ENLARGE TIME
## FOR DEFENDANTS TO RESPOND TO COMPLAINT

Defendants Edelman Shoe Company, Inc. and Sam Edelman request an enlargement of time in which they may answer, respond or otherwise plead to the Plaintiff's Complaint, up to and including June 14, 2004. The response would otherwise be due today, June 1, 2004. Defendants seek an enlargement of time to respond to the Complaint to conserve both the parties' and the Court's resources, in view of the Motion for Preliminary Injunction filed by the Plaintiff on April 8, 2004 and currently pending before Magistrate Judge Alexander. Defendants anticipate filing a motion to dismiss the Complaint, but respectfully request this enlargement of time to avoid potentially unnecessary motion practice.

1

## Certification of Compliance with Local Rule 7.1

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Christopher Centurelli, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Ilan N. Barzilay, on June 1, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Unfortunately, the parties were unable to resolve or otherwise narrow the issues presented by this Motion.

WHEREFORE, Defendants request entry of this Motion.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: June 1, 2004

_____
Jeffrey L. Snow, BBO# 566388
Christopher Centurelli, BBO# 640974
Robert T. Milanette, BBO# 641149
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on June 1, 2004.

_____
Christopher Centurelli