

Womens | Boys | Girls | Shop By Brand | Accessories | Just In! | My

Home Page > Departments > PIPER/S

SEARCH HE

**CLOSED TOE SLIP ON** (Style # PIPER/S)
by SAMMY E



Summer is Near!
Get your beach wear now! ...more



NEW KIDS SHOES!
Cute shoes for cute kids!
They're gonna love em!
...more



Accessories
New items everyday! ...more



Click photo for blow-up image

Save **43%** off Suggested Retail price of ~~$88.00~~
## Our Price $49.90

**NOW OFFERING!**
FREE SHIPPING UNTIL 6/13/2004
purchase of $39.90 or more (not in
and shipping). ALSO included in thi:
be a 10% off coupon to be used on
your NEXT purchase at LOVEMYSH(
Valid until July 31st. Just enter the
coupon in the comments box under
credit card information during chec

**View Shoe Size Conversion Chart**

Join the Love My Shoes Mailing List!
your e-mail    Subscribe

**SORTING PREFERENCE:**
(You can sort by size or COLOR, when available.)

SORT BY SIZE

**CHOOSE OPTIONS:**

 SELECT SIZE

**FREE SHIPPING UNTIL 6/13/2004**
on any purchase of $39.90 or more
(not including tax and shipping).

ALSO included in this deal will be
a 10% off coupon to be used once only
on your NEXT purchase at
LOVEMYSHOES.COM.
Valid until July 31st.
Just enter the code on the coupon in
the comments box underneath your
credit card information during checkout.

**Product Description:**
IMPORTED, LEATHER, 3.5 INCH HEEL

- **View entire brand (SAMMY E)**

- **Tell a friend about PIPER/S CLOSED TOE SLIP ON by SAMM**
  *(Note: You must enable PopUps to use this feature.)*

Women | Boys | Girls | Accessories | Brands | My Cart | My Account | Policies | About Us | Store Locations | Jobs | Press | E