




Womens | Boys | Girls | Shop By Brand | Accessories | Just In! | My

Home Page > Departments > SANCHA

SEARCH HE

**ROUND TOE W/BOW** (Style # SANCHA)
by SAM AND LIBBY



Click photo for blow-up image

Save **46%** off Suggested Retail price of ~~$79.00~~

## Our Price $42.90

NOW OFFERING!
FREE SHIPPING UNTIL 6/13/2004
purchase of $39.90 or more (not in
and shipping). ALSO included in thi
be a 10% off coupon to be used on
your NEXT purchase at LOVEMYSH(
Valid until July 31st. Just enter the
coupon in the comments box under
credit card information during chec

**View Shoe Size Conversion Chart**

SORTING PREFERENCE:
(You can sort by size or COLOR, when available.)

SORT BY SIZE

CHOOSE OPTIONS:

 SELECT SIZE

Product Description:
IMPORTED, LEATHER, 1.25 INCH HEEL

- **View entire brand (SAM AND LIBBY)**

- **Tell a friend about SANCHA ROUND TOE W/BOW by SAM AN**
  *(Note: You must enable PopUps to use this feature.)*

Women | Boys | Girls | Accessories | Brands | My Cart | My Account | Policies | About Us | Store Locations | Jobs | Press | E