UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAXWELL SHOE COMPANY, INC.
    Plaintiff

V.                                         CIVIL NO. 04-10694 RCL

EDELMAN SHOE COMPANY, LLC
    Defendant

## NOTICE OF HEARING

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing** on the plaintiff's motion *"For Preliminary Injunction"* (docket #2) at **10:00 a.m.** on **Thursday, July 15, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                HONORABLE JOYCE LONDON ALEXANDER
                                UNITED STATES MAGISTRATE JUDGE

                                By the Court:

<u>June 23, 2004</u>                   <u>/S/ Rex Brown</u>
Date                              (617) 748-9238

Notice to:    Ilan N. Barzilay, Esq.
                 *Via electronic filing*
                 Michael A. Albert, Esq.
                 *Via electronic filing*
                 Darren W. Saunders, Esq.
                 *Via standard mail*
                 Jeffrey L. Snow, Esq.
                 *Via electronic filing*
                 Mark I. Peroff, Esq.
                 *Via standard mail*
                 Robert T. Milanette, Esq.
                 *Via electronic filing*
                 Christopher Centurelli, Esq.
                 *Via electronic filing*