```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Maxwell Shoe Company, Inc.
      Plaintiff(s),

v.                                       CIVIL ACTION
                                         NO. 04-10694-NMG

Edelman Shoe Company, LLC
      Defendant(s),


### ORDER OF RECUSAL

GORTON, D.J.

Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart lawfirm, he hereby recuses himself from this case.

                                        BY ORDER OF THE COURT,

                                        /s/ _____
                                        Deputy Clerk

Dated: 7/13/2004