IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDELMAN SHOE COMPANY, LLC and<br>SAM EDELMAN,<br><br>Defendants. | Civil Action No. 04-10694 RCL |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants Edelman Shoe Company, LLC and Sam Edelman hereby request leave to file the accompanying Supplemental Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction.

Defendants submit that the Supplemental Memorandum is needed to submit new evidence in the form of a recent Office Action from the United States Patent and Trademark Office (PTO) indicating that a search of the PTO records in connection with Edelman Shoe Company, LLC's trademark application for the mark SAM BY SAM EDELMAN found no similar registered or pending marks that would bar federal registration of SAM BY SAM EDELMAN, including Plaintiff's SAM & LIBBY registered trademark.

1

## Certification of Compliance with Local Rule 7.1

Counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman, Christopher Centurelli, conferred by telephone with counsel for Plaintiff Maxwell Shoe Company, Inc., Ilan N. Barzilay, on July 28, 2004, in an attempt to resolve or narrow the issues addressed in this Motion. Plaintiff's counsel indicated that Plaintiff could not determine whether or not Plaintiff would oppose the Motion prior to reviewing the accompanying submission.

WHEREFORE, Defendants respectfully request entry of this Motion.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

By their attorneys,

Dated: July 28, 2004

Jeffrey L. Snow, BBO# 566388
Christopher Centurelli, BBO# 640974
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Darren W. Saunders
Mark I. Peroff
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff by hand on July 28, 2004.