IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAXWELL SHOE COMPANY, INC.,

           Plaintiff,

      v.

EDELMAN SHOE COMPANY, LLC and
SAM EDELMAN,

           Defendants.

Civil Action No. 04-10694 RCL

## UNOPPOSED MOTION TO ENLARGE TIME
## FOR DEFENDANTS TO RESPOND TO COMPLAINT

Defendants Edelman Shoe Company, LLC and Sam Edelman, request an enlargement of

time in which they may answer, respond or otherwise plead to Plaintiff's Complaint, up to and

including *November 15, 2004*. Defendants respectfully request relief from the deadline to

respond to Plaintiff's Complaint so that the parties may concentrate on settlement discussions,

which have been on-going since the Court denied Plaintiff's request for a preliminary injunction.

Accordingly, Defendants make this motion to conserve both the Court's and the parties'

resources as they work toward reaching a mutually agreeable resolution of this matter.

### Certification of Compliance with Local Rule 7.1

Counsel for Defendants, Edelman Shoe Company, LLC and Sam Edelman, Darren

Saunders, conferred by telephone with counsel for Plaintiff, Maxwell Shoe Company, Inc., Ilan

N. Barzilay, on October 12, 2004, in an attempt to resolve or narrow the issues presented by this

Motion. Mr. Barzilay stated that Plaintiff do not oppose entry of Defendants' Motion.

1

BOS-702892 v1

WHEREFORE, Defendants request entry of this Motion.

                                        EDELMAN SHOE COMPANY, LLC and
                                        SAM EDELMAN,

                                        By their attorneys,


Dated:  October 13, 2004                __/s/Christopher Centurelli/s/_____
                                        Jeffrey L. Snow, BBO# 566388
                                        Christopher Centurelli, BBO# 640974
                                        Robert T. Milanette, BBO# 641149
                                        KIRKPATRICK & LOCKHART LLP
                                        75 State Street
                                        Boston, MA  02109-1808
                                        (617) 261-3100

                                        Darren W. Saunders
                                        Mark I. Peroff
                                        KIRKPATRICK & LOCKHART LLP
                                        599 Lexington Avenue
                                        New York, NY  10022
                                        (212) 536-3900

2