IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>EDELMAN SHOE COMPANY, LLC and<br>SAM EDELMAN,<br><br>          Defendants. | Civil Action No. 04-10694 RCL |

**UNOPPOSED MOTION TO ENLARGE TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Defendants Edelman Shoe Company, LLC and Sam Edelman, request an enlargement of time in which they may answer, respond or otherwise plead to Plaintiff's Complaint, up to and including *December 15, 2004*. Defendants respectfully request relief from the deadline to respond to Plaintiff's Complaint so that the parties may continue settlement discussions, which have been on-going since the Court denied Plaintiff's request for a preliminary injunction. Accordingly, Defendants make this motion to conserve both the Court's and the parties' resources as they work toward reaching a mutually agreeable resolution of this matter.

**Certification of Compliance with Local Rule 7.1**

Counsel for Defendants, Edelman Shoe Company, LLC and Sam Edelman, Darren Saunders, conferred by email with counsel for Plaintiff, Maxwell Shoe Company, Inc., Ilan N. Barzilay, on November 9, 2004, in an attempt to resolve or narrow the issues presented by this Motion. Mr. Barzilay stated that Plaintiff does not oppose entry of Defendants' Motion.

1

BOS-707648 v1 0821198-0002

WHEREFORE, Defendants request entry of this Motion.

                              EDELMAN SHOE COMPANY, LLC and
                              SAM EDELMAN,

                              By their attorneys,

Dated: November 10, 2004            /s/Christopher Centurelli/s/
                              Jeffrey L. Snow, BBO# 566388
                              Christopher Centurelli, BBO# 640974
                              Robert T. Milanette, BBO# 641149
                              KIRKPATRICK & LOCKHART LLP
                              75 State Street
                              Boston, MA 02109-1808
                              (617) 261-3100

                              Darren W. Saunders
                              Mark I. Peroff
                              KIRKPATRICK & LOCKHART LLP
                              599 Lexington Avenue
                              New York, NY 10022
                              (212) 536-3900