IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>EDELMAN SHOE COMPANY, LLC and SAM EDELMAN,<br><br>                Defendants. | Civil Action No. 04-10694 RCL |

**ASSENTED TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to L.R. 83.5.2(c), attorneys Mark I. Peroff, Darren W. Saunders, Jeffrey L. Snow, Robert T. Milanette and Christopher Centurelli of Kirkpatrick & Lockhart Nicholson Graham request leave to withdraw as counsel for Defendants Edelman Shoe Company, LLC and Sam Edelman in the above-captioned matter.  Defendants will continue to be represented by Anthony LoCicero of Amster Rothstein & Ebenstein LLP, 90 Park Avenue, 21st floor, New York, NY 10016.  No motions are pending before the Court, no trial date has been set, no hearings or conferences are scheduled, and we understand that Mr. LoCicero will prepare with Plaintiff's counsel the Joint Status Report due April 22, 2005.  All parties who have made an appearance in the case assent to the allowance of this motion.

**Certification of Compliance with Local Rule 7.1**

Mr. LoCicero, counsel for Defendants, and Mr. Barzallay, counsel for Plaintiff, assented to the allowance of this motion during telephone conferences with Mr. Centurelli on April 8 and April 19, 2005, respectively.

1

WHEREFORE, Messrs. Peroff, Saunders, Snow, Milanette and Centurelli request entry of this Motion.

Dated: April 19, 2005            /s/Christopher Centurelli/s/
                                 Jeffrey L. Snow, BBO# 566388
                                 Christopher Centurelli, BBO# 640974
                                 Robert T. Milanette, BBO# 641149
                                 KIRKPATRICK & LOCKHART LLP
                                 75 State Street
                                 Boston, MA 02109-1808
                                 (617) 261-3100

                                 Darren W. Saunders
                                 Mark I. Peroff
                                 KIRKPATRICK & LOCKHART LLP
                                 599 Lexington Avenue
                                 New York, NY 10022
                                 (212) 536-3900

**Certificate of Service**

I hereby certify that a true copy of the above document was served by facsimile and U.S. Mail upon counsel for defendants:

Anthony LoCicero
Amster Rothstein & Ebenstein LLP
90 Park Avenue, 21st floor
New York, NY 10016
(Tel.) 212 336 8110
(Fax) 212 336 8001

Counsel for plaintiff was served electronically via the CM/ECF case management system.

Dated: April 19, 2005            /s/Christopher Centurelli/s/