IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDELMAN SHOE COMPANY, LLC and SAM EDELMAN, <br><br> Defendants. | Civil Action No. 04-10694 RCL |

## JOINT STATUS REPORT

Pursuant to the Court's Order plaintiff Maxwell Shoe Co., Inc. ("Maxwell") and defendants Edelman Shoe Co., LLC and Sam Edelman present this Joint Status Report. The parties report that they have been engaged in positive settlement negotiations and hope to settle this matter in the next several weeks. For purposes of this statement and due to scheduling issues counsel for the plaintiff obtained permission to file this report on behalf of the defendants from Christopher Centurelli, Esq. of Kirkpatrick & Lockhart LLP who currently has a motion pending to withdraw as counsel for defendants. Settlement negotiations are ongoing with current counsel for the defendants Anthony LoCicero of Amster, Rothstein & Ebenstein LLP.

890687.1

- 2 -

Respectfully submitted on April 22, 2005

| MAXWELL SHOE COMPANY, INC. | EDELMAN SHOE COMPANY, LLC and SAM EDELMAN, |
|---|---|
| By its attorneys, | By their attorneys, |

/s/ Ilan Barzilay
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Ilan N. Barzilay (BBO #643978)
ibarzilay@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
617.646.8000 phone
617.646.8646 fax

/s/ Christopher Centurelli by permission to INB
Christopher Centurelli, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109-1808

Of Counsel:
Anthony F. Lo Cicero, Esq.
alocicero@arelaw.com
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Direct: 212-336-8110
Fax: 212-336-8001