IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDELMAN SHOE COMPANY, LLC AND SAM EDELMAN <br><br> Defendants. | CIVIL ACTION NO. 04-CV-10694-RCL |

## VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) Maxwell Shoe Company, Inc. hereby voluntarily dismisses this action.

September 20, 2005                                         MAXWELL SHOE COMPANY, INC.

By its attorneys,

/s/ Ilan N. Barzilay
Michael A. Albert (BBO #558566)
Ilan N. Barzilay (BBO #643978)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
617.646.8000 phone
617.646.8646 fax

879933.1